[Cite as *Warren Cty. Bar Assn. v. Vardiman*, 2016-Ohio-5659.]

WARREN COUNTY BAR ASSOCIATION. *v.* VARDIMAN.

CINCINNATI BAR ASSOCIATION. *v.* VARDIMAN.

[Cite as *Warren Cty. Bar Assn. v. Vardiman*, ___ Ohio St.3d ___,

2016-Ohio-5659.]

(No. 2015-0589—Submitted August 31, 2016—Decided September 6, 2016.)

ON APPLICATION FOR REINSTATEMENT.

————————————————

{¶ 1}  This cause came on for further consideration upon the filing of an application for reinstatement by respondent, Edwin Lowe Vardiman Jr., Attorney Registration No. 0070574, last known business address in Cincinnati, Ohio.

{¶ 2}  The court coming now to consider its order of February 3, 2016, wherein the court, pursuant to Gov.Bar R. V(12)(A)(3), suspended respondent for a period of one year, with the final six months stayed on conditions, finds that respondent has substantially complied with that order and with the provisions of Gov.Bar R. V(24).

{¶ 3}  Therefore, it is ordered by this court that respondent is reinstated to the practice of law in the state of Ohio.

{¶ 4}  It is further ordered that the clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(17)(D)(1) and that publication be made as provided for in Gov.Bar R. V(17)(D)(2).

{¶ 5}  For earlier case, see *Warren Cty. Bar Assn. v. Vardiman*, 146 Ohio St.3d 23, 2016-Ohio-352, 51 N.E.3d 587.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

————————————————